United States District Court
Southern District of Texas
**ENTERED**
October 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES E. GOWDY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-169 |
| | § | |
| MARINE SPILL RESPONSE CORPORATION, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

This Jones Act and unseaworthiness case was tried to a jury, which returned findings that Defendant Marine Spill Response Corporation was not negligent and that Defendant OSRV NEW JERSEY RESPONDER, sued *in rem*, was not unseaworthy (Dkt. 121). Based on the jury's findings, the Court renders judgment for the defendants. The defendants may recover their costs of court from the plaintiff, James E. Gowdy. *See* Fed. R. Civ. P. 54(d). Any pending motions are **DENIED** as moot.

**THIS IS A FINAL JUDGMENT**.

SIGNED this day 10th day of October, 2019.

George C. Hanks Jr.
George C. Hanks Jr.
United States District Judge